# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| KELSEA WIGGINS,<br><br>  Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and BANK OF AMERICA CORPORATION,<br><br>  Defendants. | CASE NO. 2:19-CV-03223<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Kimberly A. Jolson |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action against Defendants Bank of America, N.A. and Bank of America Corporation shall be and hereby is dismissed, in its entirety, with prejudice and without costs, disbursements or attorneys' fees to any party.

Dated: December 1, 2021

**HEDIN HALL LLP**

By: *s/ Frank S. Hedin*

Frank S. Hedin (*admitted pro hac vice*)
fhedin@hedinhall.com
1395 Brickell Ave, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

AHDOOT & WOLFSON, PC
Robert Ahdoot (*admitted pro hac vice*)
rahdoot@ahdootwolfson.com
Henry J. Kelston (*admitted pro hac vice*)
hkelston@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, California 90024

Respectfully submitted,

**WINSTON & STRAWN, LLP**

By: *s/ Ross J. Corbett*

Kobi Kennedy Brinson (*admitted pro hac vice*)
KBrinson@winston.com
300 South Tryon Street, 16th Floor
Charlotte, North Carolina 28202
Tel: (704) 355-7747

Ross J. Corbett (*admitted pro hac vice*)
RCorbett@winston.com
35 West Wacker Drive
Chicago, Illinois 60601

DENTONS BINGHAM GREENEBAUM LLP
Christie A. Moore (Ohio Bar #91904)
Christie.moore@dentons.com

Tel: (310) 474-9111
Fax: (310) 474-8585

O'CONNOR, HASELEY, & WILHELM LLC
John Haseley
haseley@goconnorlaw.com
34 North Fourth Street, Suite 340
Columbus, Ohio 43215
Tel: (614) 426-8840

*Counsel for Plaintiff*

3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Tel: (502) 589-4200

*Counsel for Defendants*